# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAGNUSSEN, JEFFREY R | § | Case No. 14-07286 |
| | § | |
| Debtor(s) | § | |

## Uueeguuqt" TRUSTEE'S FINAL REPORT (TFR)

The undersigned uweeguuqt" trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on         . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Elizabeth C. Berg, Trustee_____
                                            "Uwteguuqt" Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 14-07286 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MAGNUSSEN, JEFFREY R | | | Date Filed (f) or Converted (c): | 03/02/14 (f) |
| | | | | 341(a) Meeting Date: | 03/31/14 |
| For Period Ending: | 06/04/15 | | | Claims Bar Date: | 08/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 6.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account owned jointly with spouse | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 950.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 5. Stock HP16.961 shares - owned by Debtor | 507.00 | 0.00 | | 0.00 | FA |
| 6. Stock GE owned jointly with spouse | 1,724.25 | 0.00 | | 938.20 | FA |
| 7. Stock Conagra owned jointly with spouse | 184.60 | 0.00 | | 0.00 | FA |
| 8. Stock Travelers owned jointly with spouse | 210.35 | 0.00 | | 0.00 | FA |
| 9. Stock Merck owned jointly with spouse | 227.47 | 0.00 | | 0.00 | FA |
| 10. Stock Citigroup owned jointly with spouse | 194.52 | 0.00 | | 0.00 | FA |
| 11. Stock Diebold owned jointly with spouse | 375.49 | 0.00 | | 0.00 | FA |
| 12. Stock Disney owned jointly with spouse | 792.27 | 0.00 | | 640.20 | FA |
| 13. Stock Kraft owned jointly with spouse | 55.27 | 0.00 | | 53.80 | FA |
| 14. Stock Mondelez Int'l owned jointly with spouse | 138.74 | 0.00 | | 135.00 | FA |
| 15. Stock Walgreens owned jointly with spouse | 236.19 | 0.00 | | 232.80 | FA |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 17. Vehicles Vehicle #1 - 2004 Dodge Ram 1500 Pick-up truck with an extended cab - approx. 172,000 miles | 2,400.00 | 0.00 | | 0.00 | FA |
| 18. Office Equipment misc equipment left from failed business, Harvest Graphics -printing press, camera, cutter, folder - all used and of minimal value | 1,500.00 | 0.00 | | 0.00 | FA |
| 19. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 20. Fraudulent conveyance claim (14A347) (u) Settled per order 10/3/14 | 0.00 | 8,000.00 | | 8,000.00 | FA |
| 21. Garnished wages (u) | 0.00 | 0.00 | | 1,501.07 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 14-07286   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- |
| Case Name: | MAGNUSSEN, JEFFREY R | Date Filed (f) or Converted (c): | 03/02/14 (f) |
| | | 341(a) Meeting Date: | 03/31/14 |
| | | Claims Bar Date: | 08/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Successor Trustee determined funds were garnished post-petition and not property of the Estate. Successor Trustee returned the funds to Debtor. | | | | | |

|  |  |  |  | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $9,952.15 | $8,000.00 | | $11,501.07 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Elizabeth C. Berg appointed successor trustee upon resignation of Joseph Voiland, prior trustee.

Prior trustee

--filed adversary proceeding against Debtor's spouse alleging fraudulent conveyance of real estate; adversary proceeding
settled per order 10/3/14;
--investigated non-exempt value of Debtor's interest in stock; settled with Debtor per order dated 10/3/14;

Successor Trustee

--verified proper and complete administration of Debtor's estate;
--investigated and determined that the funds received from Square Two Financial were wages garnished post-petition and
that those funds were not property of the estate; as a result, Successor Trustee returned those funds to Debtor;
--analyzed estate's tax obligations;
--conducted claims review;

LFORM1   **UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*                                                                                                               Ver: 18.04c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-07286   DRC   Judge: DONALD R. CASSLING | Trustee Name:   Elizabeth C. Berg, Succ. Trustee |
| Case Name: | MAGNUSSEN, JEFFREY R | Date Filed (f) or Converted (c):   03/02/14 (f) |
| | | 341(a) Meeting Date:   03/31/14 |
| | | Claims Bar Date:   08/15/14 |

--prepared TFR

Initial Projected Date of Final Report (TFR): 05/15/15    Current Projected Date of Final Report (TFR): 05/15/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-07286 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | MAGNUSSEN, JEFFREY R | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6628 Checking Account - ECB TR |
| Taxpayer ID No: | *******6049 | | | |
| For Period Ending: | 06/04/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee<br>1625 Wing Road<br>Yorkville IL 60560 | Transfer Funds from Prior TR | 9999-000 | 11,444.58 | | 11,444.58 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.07 | 11,432.51 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.00 | 11,415.51 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.33 | 11,400.18 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.95 | 11,383.23 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.38 | 11,366.85 |
| 05/28/15 | 001001 | JEFFREY R. MAGNUSSEN<br>808 ELM STREET<br>HAMPSHIRE, IL  60140 | REFUND - GARNISHMENT TO DEBTOR<br>(Post-Petition, Non-estate Funds)<br>Refund check received from Square Two Financial re: Garnished Wages. Had taken wages after bankruptcy was filed. | 8500-000 | | 1,501.07 | 9,865.78 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 11,444.58 | 1,578.80 | 9,865.78 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 11,444.58 | 1,578.80 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 1,501.07 | |
| | | Net | | 11,444.58 | 77.73 | |

Page Subtotals         11,444.58        1,578.80

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 14-07286 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | MAGNUSSEN, JEFFREY R | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******2105 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6049 | | | |
| For Period Ending: | 06/04/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/14 | 21 | Square Two Financial Corporation | Garnished wages | 1280-000 | 1,501.07 | | 1,501.07 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,491.07 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,481.07 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,471.07 |
| 10/16/14 | | JEFFREY R MAGNUSSEN<br>808 ELM STREET<br>HAMPSHIRE, IL  60140 | Settlements per orders 10/3/14 | | 10,000.00 | | 11,471.07 |
| | 20 | | Memo Amount:          8,000.00<br>Settlement of Adversary 14A347 | 1241-000 | | | |
| | 6 | | Memo Amount:            938.20<br>non-exempt proceeds GE | 1129-000 | | | |
| | 12 | | Memo Amount:            640.20<br>nonexempt proceeds Disney | 1129-000 | | | |
| | 13 | | Memo Amount:             53.80<br>nonexempt proceeds Kraft | 1129-000 | | | |
| | 14 | | Memo Amount:            135.00<br>nonexempt proceeds Mondolez Intl | 1129-000 | | | |
| | 15 | | Memo Amount:            232.80<br>nonexempt proceeds Walgreens | 1129-000 | | | |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,461.07 |
| 12/05/14 | | ASSOCIATED BANK | December 2014 Bank Fees | 2600-000 | | 16.49 | 11,444.58 |
| 12/10/14 | | Elizabeth C. Berg<br>Successor Trustee<br>20 N. Clark St.  #200<br>Chicago IL 60603 | Transfer Funds to Successor TR | 9999-000 | | 11,444.58 | 0.00 |

Page Subtotals        11,501.07        11,501.07

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-07286 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | MAGNUSSEN, JEFFREY R | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******2105  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6049 | | |
| For Period Ending: | 06/04/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 10,000.00 | COLUMN TOTALS | | 11,501.07 | 11,501.07 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 11,501.07 | 11,501.07 | |
| | Memo Allocation Net: | 10,000.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,501.07 | 11,501.07 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 10,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 0.00 | Checking Account - ECB TR - ********6628 | | 11,444.58 | 77.73 | 9,865.78 |
| | | | Checking Account (Non-Interest Earn - ********2105 | | 11,501.07 | 11,501.07 | 0.00 |
| | Total Memo Allocation Net: | 10,000.00 | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 22,945.65 | 11,578.80 | 9,865.78 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00              0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 04, 2015 |
|---|---|---|---|---|---|---|

Case Number: 14-07286  
Debtor Name: MAGNUSSEN, JEFFREY R  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Succ. Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,750.00 | $0.00 | $1,750.00 |
| | Subtotal For Claim Type 2100-00 Trustee Compensation | | | $1,750.00 | $0.00 | $1,750.00 |
| 001<br>2700-00 | U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Administrative | Deferred filing fee adversary 14-00347 | $293.00 | $0.00 | $293.00 |
| | Subtotal For Claim Type 2700-00 Clerk of the Courts Costs (includes | | | $293.00 | $0.00 | $293.00 |
| 000001<br>070<br>7100-00 | Hibu Inc f/k/a Yellowbook Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094 | Unsecured | | $693.08 | $0.00 | $693.08 |
| 000002<br>070<br>7100-00 | Cach, Llc<br>4340 S Monaco St Unit 2<br>Denver, CO 80237 | Unsecured | | $3,536.07 | $0.00 | $3,536.07 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $17,044.78 | $0.00 | $17,044.78 |
| 000004<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $13,933.68 | $0.00 | $13,933.68 |
| 000005<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $6,882.05 | $0.00 | $6,882.05 |
| 000006<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $1,399.02 | $0.00 | $1,399.02 |
| 000007<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $18,785.82 | $0.00 | $18,785.82 |
| 000008<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (8-1) CREDIT CARD DEBT | $204.24 | $0.00 | $204.24 |
| 000009<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (9-1) CREDIT CARD DEBT | $23,800.00 | $0.00 | $23,800.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 04, 2015 |

Case Number:   14-07286              Claim Type Sequence
Debtor Name:   MAGNUSSEN, JEFFREY R

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $86,278.74 | $0.00 | $86,278.74 |
| | Case Totals: | | | $88,321.74 | $0.00 | $88,321.74 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-07286
Case Name: MAGNUSSEN, JEFFREY R
Trustee Name: Elizabeth C. Berg, Successor Trustee

Balance on hand                                                                                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Succ.Tr. | $ | $ | $ |
| Charges: U.S. Bankruptcy Court | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses                 $_____
Remaining Balance                                                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Hibu Inc f/k/a Yellowbook Inc | $ | $ | $ |
| 000002 | Cach, Llc | $ | $ | $ |
| 000003 | American InfoSource LP as agent for | $ | $ | $ |
| 000004 | American InfoSource LP as agent for | $ | $ | $ |
| 000005 | Discover Bank | $ | $ | $ |
| 000006 | Discover Bank | $ | $ | $ |
| 000007 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000008 | Capital One, N.A. | $ | $ | $ |
| 000009 | American Express Bank, FSB | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE