**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAGNUSSEN, JEFFREY R | § | Case No. 14-07286 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    United States Bankruptcy Court
    219 S. Dearborn Street
    7th Floor
    Chicago   IL   60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
    10:30 a.m.
    on Friday, July 17, 2015
    in Courtroom 240 of the Kane County Courthouse
    100 South 3rd Street, Geneva, Illinois

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg,  Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MAGNUSSEN, JEFFREY R § Case No. 14-07286
§
Debtor(s) §

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 11,501.07 |
| and approved disbursements of | $ | 1,635.29 |
| leaving a balance on hand of[1] | $ | 9,865.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Successor Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Charges: U.S. Bankruptcy Court | $ 293.00 | $ 0.00 | $ 293.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,043.00 |
| Remaining Balance | | | $ 7,822.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 86,278.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Hibu Inc f/k/a Yellowbook Inc | $ 693.08 | $ 0.00 | $ 62.84 |
| 000002 | Cach, Llc | $ 3,536.07 | $ 0.00 | $ 320.61 |
| 000003 | American InfoSource LP as agent for | $ 17,044.78 | $ 0.00 | $ 1,545.43 |
| 000004 | American InfoSource LP as agent for | $ 13,933.68 | $ 0.00 | $ 1,263.35 |
| 000005 | Discover Bank | $ 6,882.05 | $ 0.00 | $ 623.99 |
| 000006 | Discover Bank | $ 1,399.02 | $ 0.00 | $ 126.85 |
| 000007 | Capital One Bank (USA), N.A. | $ 18,785.82 | $ 0.00 | $ 1,703.28 |
| 000008 | Capital One, N.A. | $ 204.24 | $ 0.00 | $ 18.52 |
| 000009 | American Express Bank, FSB | $ 23,800.00 | $ 0.00 | $ 2,157.91 |

Total to be paid to timely general unsecured creditors      $ 7,822.78

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

             Prepared By: /s/_____
                     Elizabeth C. Berg, Successor Trustee

*Elizabeth C. Berg, Successor Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-07286-DRC
Jeffrey R Magnussen                                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: bchavez            Page 1 of 2                Date Rcvd: Jun 23, 2015
                            Form ID: pdf002          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2015.
```
db            +Jeffrey R Magnussen,    808 Elm Street,    Hampshire, IL 60140-8367
21599653       ARM Solutions,    P.O. Box 2929,    Camarillo, CA 93011-2929
21599651      +Accord Creditor Services,LLC,     P.O. Box 10002,    Newnan, GA 30271-0002
21599652       American Express,    P.O. Box 26312,    Lehigh Valley, PA 18002-6312
22270882       American Express Bank, FSB,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21599655       Bank of America Leasing,    P.O. Box 7023,    Troy, MI 48084
21599656      +Blatt, Hasenmiller, Leibsker & Moor,     P.O. Box 489,    Normal, IL 61761-0489
21599658       Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
22140516       Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
22248688       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21599659      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21599660       Collection Bureau of America,     P.O. Box 5013,    Hayward, CA 94540-5013
21599663      +First Natl Bank In Tay,    322 W Main Cros,    Taylorville, IL 62568-2154
21703362      +Hibu Inc f/k/a Yellowbook Inc,     c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                Timonium, MD 21094-5126
21599667       ITU,   Box 88479,    Milwaukee, WI 53288-0479
21599668      +John C. Bonewicz, P.C.,    Attorney at Law,    8001 N. Lincoln Ave., Suite 402,
                Skokie, IL 60077-3657
21599670      +Konica Minolta,    100 Williams Dr.,    Ramsey, NJ 07446-2923
21599673      +MDC Environmental Services,    1050 Greenlee St.,    Marengo, IL 60152-8246
21599672      +Markoff Law LLC,    29 N. Wacker Dr. #550,    Chicago, IL 60606-2851
21599674      +Microforms,    5971 Product Drive,    Sterling Heights, MI 48312-4561
21599676       Nationwide Credit, Inc.,    2015 Vaugh Rd., NW,    STE 400,    Kennesaw, GA 30144-7802
21599678       Presstek Inc.,    3727 Solutions Center,    Chicago, IL 60677-3007
21599680      +RMS,   P.O. Box 20543,    Lehigh Valley, PA 18002-0543
21599679       Rauch-Milliken International, Inc.,     P.O. Box 8390,    Metairie, LA 70011-8390
21599681      +Stan's Office Technologies,    1375 S. Eastwood Dr.,    P.O. Box 1249,    Woodstock, IL 60098-1249
21599682       The DFS Group,    P.O. Box 88042,    Chicago, IL 60680-1042
21599683      +Thrift-Remsen Printers,    3918 S. Central Ave.,    Rockford, IL 61102-4290
21599684       UPS,   P.O. Box 650580,    Dallas, TX 75265-0580
21599685       Yellowbook,    ATTN: Customer Service,    P.O. Box 3162,    Cedar Rapids, IA 52406-3162
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21599654       E-mail/Text: g17768@att.com Jun 24 2015 01:37:46      AT&T,    P.O. Box 5080,
                Carol Stream, IL 60197-5080
21951118       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 24 2015 01:34:00
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
21599657      +E-mail/Text: ebn@squaretwofinancial.com Jun 24 2015 01:39:43      Cach, Llc,
                4340 S Monaco St Unit 2,    Denver, CO 80237-3408
21599662       E-mail/PDF: mrdiscen@discover.com Jun 24 2015 01:43:17      Discover Financial Services,
                P.O. Box 15316,    Wilmington, DE 19850
21952551       E-mail/PDF: mrdiscen@discover.com Jun 24 2015 01:43:17      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21599661      +E-mail/PDF: mrdiscen@discover.com Jun 24 2015 01:43:17      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
21599666       E-mail/Text: bankruptcy@water.com Jun 24 2015 01:38:34      Hinckley Springs,    P.O. Box 660579,
                Dallas, TX 75266-0579
21599669      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 24 2015 01:37:52      Kohls/Capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21599671      +E-mail/Text: ebn@ltdfin.com Jun 24 2015 01:38:15      Ltd Financial Services, L.P.,
                7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
21599675      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 24 2015 01:38:42      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21599664     ##+Freedman Anselmo Lindberg, LLC,    1807 West Diehl Road,    Suite 330  P.O. Box 3228,
                Naperville, IL 60563-1890
21599665     ##+Global Alliance Credit Corporation,    3375 PArk /Avenue,    Suite 3005-2,
                Wantagh, NY 11793-3799
21599677     ##+Nationwide Recovery Systems,    2304 Tarpley Dr. #134,    Carrollton, TX 75006-2470
                                                                                   TOTALS: 0, * 0, ## 3
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Jun 23, 2015
                              Form ID: pdf002            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2015 at the address(es) listed below:

```
          Diane E Elliott    on behalf of Debtor Jeffrey R Magnussen diane05elliott@yahoo.com
          Elizabeth A. Bates    on behalf of Debtor Jeffrey R Magnussen ebates@springerbrown.com,
           jkrafcisin@springerbrown.com;iprice@springerbrown.com
          Elizabeth A. Bates    on behalf of Defendant Elizabeth J. Magnussen ebates@springerbrown.com,
           jkrafcisin@springerbrown.com;iprice@springerbrown.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,  eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Joseph   Voiland    on behalf of Plaintiff Joseph  Voiland jrvoiland@sbcglobal.net,
           jvoiland@ecf.epiqsystems.com
          Joseph R Voiland    on behalf of Plaintiff Joseph  Voiland jrvoiland@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```