UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MAGNUSSEN, JEFFREY R § Case No. 14-07286
§
Debtor(s) §

CHAPTER 7 SUCCESSOR TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, successor chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 596.20                    Assets Exempt: 7,882.61
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,822.78   Claims Discharged
                                             Without Payment: 167,526.17

Total Expenses of Administration: 2,177.22

3) Total gross receipts of $ 11,501.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,501.07 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,177.22 | 2,177.22 | 2,177.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 172,347.32 | 86,278.74 | 86,278.74 | 7,822.78 |
| **TOTAL DISBURSEMENTS** | $ 172,347.32 | $ 88,455.96 | $ 88,455.96 | $ 10,000.00 |

    4)  This case was originally filed under chapter 7 on  03/02/2014 .  The case was pending for 19 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/24/2015               By:/s/Elizabeth C. Berg, Successor Trustee
                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock GE owned jointly with spouse | 1129-000 | 938.20 |
| Stock Disney owned jointly with spouse | 1129-000 | 640.20 |
| Stock Kraft owned jointly with spouse | 1129-000 | 53.80 |
| Stock Mondelez Int'l owned jointly with spouse | 1129-000 | 135.00 |
| Stock Walgreens owned jointly with spouse | 1129-000 | 232.80 |
| Fraudulent conveyance claim (14A347) | 1241-000 | 8,000.00 |
| Garnished wages | 1280-000 | 1,501.07 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,501.07** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JEFFREY R. MAGNUSSEN | Non-Estate Funds Paid to Third Parties | 8500-000 | 1,501.07 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,501.07** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Associated Bank | 2600-000 | NA | 134.22 | 134.22 | 134.22 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,177.22 | $ 2,177.22 | $ 2,177.22 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARM Solutions P.O. Box 2929 Camarillo, CA 93011-2929 | | 0.00 | NA | NA | 0.00 |
| | AT&T P.O. Box 5080 Carol Stream, IL 60197-5080 | | 0.00 | NA | NA | 0.00 |
| | Accord Creditor Services,LLC P.O. Box 10002 Newnan, GA 30271 | | 0.00 | NA | NA | 0.00 |
| | Bank of America Leasing P.O. Box 7023 Troy, MI 48084 | | 0.00 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker & Moor P.O. Box 489 Normal, IL 61761 | | 0.00 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibsker & Moor P.O. Box 489 Normal, IL 61761 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt, Hasenmiller, Leibsker & Moor P.O. Box 489 Normal, IL 61761 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 28,024.00 | NA | NA | 0.00 |
| | Collection Bureau of America P.O. Box 5013 Hayward, CA 94540-5013 | | 0.00 | NA | NA | 0.00 |
| | First Natl Bank In Tay 322 W Main Cros Taylorville, IL 62568 | | 7,365.00 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg, LLC 1807 West Diehl Road Suite 330  P.O. Box 3228 Naperville, IL 60566 | | 0.00 | NA | NA | 0.00 |
| | Global Alliance Credit Corporation 3375 PArk /Avenue Suite 3005-2 Wantagh, NY 11793-3712 | | 672.38 | NA | NA | 0.00 |
| | Hinckley Springs P.O. Box 660579 Dallas, TX 75266-0579 | | 66.96 | NA | NA | 0.00 |
| | ITU Box 88479 Milwaukee, WI 53288-0479 | | 244.52 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John C. Bonewicz, P.C. Attorney at Law 8001 N. Lincoln Ave., Suite 402 Skokie, IL 60077 | | 0.00 | NA | NA | 0.00 |
| | Konica Minolta 100 Williams Dr. Ramsey, NJ 07446 | | 2,715.44 | NA | NA | 0.00 |
| | Ltd Financial Services, L.P. 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | | 0.00 | NA | NA | 0.00 |
| | MDC Environmental Services 1050 Greenlee St. Marengo, IL 60152-8247 | | 189.47 | NA | NA | 0.00 |
| | Markoff Law LLC 29 N. Wacker Dr. #550 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Microforms 5971 Product Drive Sterling Heights, MI 48312 | | 0.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 19,249.56 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Credit, Inc. 2015 Vaugh Rd., NW STE 400 Kennesaw, GA 30144-7802 | | 0.00 | NA | NA | 0.00 |
| | Nationwide Recovery Systems 2304 Tarpley Dr. #134 Carrollton, TX 75006 | | 453.18 | NA | NA | 0.00 |
| | Presstek Inc. 3727 Solutions Center Chicago, IL 60677-3007 | | 596.74 | NA | NA | 0.00 |
| | RMS P.O. Box 20543 Lehigh Valley, PA 18002 | | 0.00 | NA | NA | 0.00 |
| | Stan's Office Technologies 1375 S. Eastwood Dr. P.O. Box 1249 Woodstock, IL 60098 | | 400.00 | NA | NA | 0.00 |
| | The DFS Group P.O. Box 88042 Chicago, IL 60680-1042 | | 946.64 | NA | NA | 0.00 |
| | Thrift-Remsen Printers 3918 S. Central Ave. Rockford, IL 61102 | | 27,493.00 | NA | NA | 0.00 |
| | UPS P.O. Box 650580 Dallas, TX 75265-0580 | | 653.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Yellowbook ATTN: Customer Service P.O. Box 3162 Cedar Rapids, IA 52406-3162 | | 0.00 | NA | NA | 0.00 |
| 000009 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 23,800.00 | 23,800.00 | 23,800.00 | 2,157.91 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 17,045.00 | 17,044.78 | 17,044.78 | 1,545.43 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 13,934.00 | 13,933.68 | 13,933.68 | 1,263.35 |
| 000002 | CACH, LLC | 7100-000 | 2,888.00 | 3,536.07 | 3,536.07 | 320.61 |
| 000007 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 15,832.08 | 18,785.82 | 18,785.82 | 1,703.28 |
| 000008 | CAPITAL ONE, N.A. | 7100-000 | 204.00 | 204.24 | 204.24 | 18.52 |
| 000005 | DISCOVER BANK | 7100-000 | 6,882.00 | 6,882.05 | 6,882.05 | 623.99 |
| 000006 | DISCOVER BANK | 7100-000 | 1,998.95 | 1,399.02 | 1,399.02 | 126.85 |
| 000001 | HIBU INC F/K/A YELLOWBOOK INC | 7100-000 | 693.08 | 693.08 | 693.08 | 62.84 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 172,347.32 | $ 86,278.74 | $ 86,278.74 | $ 7,822.78 |

Case 14-07286 Doc 42 Filed 10/20/15 Entered 10/20/15 14:30:06 Desc Main
Document Page 10 of 17

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 14-07286 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|---|
| Case Name: | MAGNUSSEN, JEFFREY R | | | Date Filed (f) or Converted (c): | 03/02/14 (f) |
| | | | | 341(a) Meeting Date: | 03/31/14 |
| For Period Ending: | 09/24/15 | | | Claims Bar Date: | 08/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 6.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account owned jointly with spouse | 200.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 950.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 5. Stock HP16.961 shares - owned by Debtor | 507.00 | 0.00 | | 0.00 | FA |
| 6. Stock GE owned jointly with spouse | 1,724.25 | 0.00 | | 938.20 | FA |
| 7. Stock Conagra owned jointly with spouse | 184.60 | 0.00 | | 0.00 | FA |
| 8. Stock Travelers owned jointly with spouse | 210.35 | 0.00 | | 0.00 | FA |
| 9. Stock Merck owned jointly with spouse | 227.47 | 0.00 | | 0.00 | FA |
| 10. Stock Citigroup owned jointly with spouse | 194.52 | 0.00 | | 0.00 | FA |
| 11. Stock Diebold owned jointly with spouse | 375.49 | 0.00 | | 0.00 | FA |
| 12. Stock Disney owned jointly with spouse | 792.27 | 0.00 | | 640.20 | FA |
| 13. Stock Kraft owned jointly with spouse | 55.27 | 0.00 | | 53.80 | FA |
| 14. Stock Mondelez Int'l owned jointly with spouse | 138.74 | 0.00 | | 135.00 | FA |
| 15. Stock Walgreens owned jointly with spouse | 236.19 | 0.00 | | 232.80 | FA |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 17. Vehicles | 2,400.00 | 0.00 | | 0.00 | FA |
| Vehicle #1 - 2004 Dodge Ram 1500 Pick-up truck with an extended cab - approx. 172,000 miles | | | | | |
| 18. Office Equipment | 1,500.00 | 0.00 | | 0.00 | FA |
| misc equipment left from failed business, Harvest Graphics -printing press, camera, cutter, folder - all used and of minimal value | | | | | |
| 19. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 20. Fraudulent conveyance claim (14A347) (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |
| Settled per order 10/3/14 | | | | | |
| 21. Garnished wages (u) | 0.00 | 0.00 | | 1,501.07 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 14-07286   DRC   Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | MAGNUSSEN, JEFFREY R | | Date Filed (f) or Converted (c): | 03/02/14 (f) |
| | | | 341(a) Meeting Date: | 03/31/14 |
| | | | Claims Bar Date: | 08/15/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Successor Trustee determined funds were garnished post-petition and not property of the Estate. Successor Trustee returned the funds to Debtor. | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $9,952.15 | $8,000.00 | | $11,501.07 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Elizabeth C. Berg appointed successor trustee upon resignation of Joseph Voiland, prior trustee.

Prior trustee

--filed adversary proceeding against Debtor's spouse alleging fraudulent conveyance of real estate; adversary proceeding
settled per order 10/3/14;
--investigated non-exempt value of Debtor's interest in stock; settled with Debtor per order dated 10/3/14;

Successor Trustee

--verified proper and complete administration of Debtor's estate;
--investigated and determined that the funds received from Square Two Financial were wages garnished post-petition and
that those funds were not property of the
 estate; as a result, Successor Trustee returned those funds to Debtor;
--analyzed estate's tax obligations;
--conducted claims review;

LFORM1                                                                                                                              Ver: 18.05

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-07286   DRC   Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C. Berg, Succ. Trustee |
| Case Name: | MAGNUSSEN, JEFFREY R | Date Filed (f) or Converted (c): 03/02/14 (f) |
| | | 341(a) Meeting Date: 03/31/14 |
| | | Claims Bar Date: 08/15/14 |

--prepared TFR

Initial Projected Date of Final Report (TFR): 05/15/15    Current Projected Date of Final Report (TFR): 05/15/15

FORM 2                                                                                                                Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                          Exhibit 9

| Case No: | 14-07286 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
| Case Name: | MAGNUSSEN, JEFFREY R | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6628 Checking Account - ECB TR |
| Taxpayer ID No: | *******6049 | | |
| For Period Ending: | 09/24/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/14 | | Joseph Voiland, Former Trustee<br>1625 Wing Road<br>Yorkville IL 60560 | Transfer Funds from Prior TR | 9999-000 | 11,444.58 | | 11,444.58 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.07 | 11,432.51 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.00 | 11,415.51 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 15.33 | 11,400.18 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.95 | 11,383.23 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.38 | 11,366.85 |
| 05/28/15 | 001001 | JEFFREY R. MAGNUSSEN<br>808 ELM STREET<br>HAMPSHIRE, IL 60140 | REFUND - GARNISHMENT TO DEBTOR<br>(Post-Petition, Non-estate Funds)<br>Refund check received from Square Two Financial re: Garnished Wages. Had taken wages after bankruptcy was filed. | 8500-000 | | 1,501.07 | 9,865.78 |
| 07/22/15 | 001002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 1,750.00 | 8,115.78 |
| 07/22/15 | 001003 | U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 293.00 | 7,822.78 |
| 07/22/15 | 001004 | Hibu Inc f/k/a Yellowbook Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094 | Claim 000001, Payment 9.07% | 7100-000 | | 62.84 | 7,759.94 |
| 07/22/15 | 001005 | Cach, Llc<br>4340 S Monaco St Unit 2<br>Denver, CO 80237 | Claim 000002, Payment 9.07% | 7100-000 | | 320.61 | 7,439.33 |
| 07/22/15 | 001006 | American InfoSource LP as agent for | Claim 000003, Payment 9.07% | 7100-000 | | 1,545.43 | 5,893.90 |

Page Subtotals     11,444.58     5,550.68

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 14-07286 -DRC | | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|---|
| Case Name: | MAGNUSSEN, JEFFREY R | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6628 Checking Account - ECB TR |
| Taxpayer ID No: | *******6049 | | | |
| For Period Ending: | 09/24/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/15 | 001007 | Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941<br>American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000004, Payment 9.07% | 7100-000 | | 1,263.35 | 4,630.55 |
| 07/22/15 | 001008 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000005, Payment 9.07% | 7100-000 | | 623.99 | 4,006.56 |
| 07/22/15 | 001009 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000006, Payment 9.07% | 7100-000 | | 126.85 | 3,879.71 |
| 07/22/15 | 001010 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000007, Payment 9.07% | 7100-000 | | 1,703.28 | 2,176.43 |
| 07/22/15 | 001011 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 9.07% | 7100-000 | | 18.52 | 2,157.91 |
| 07/22/15 | 001012 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 9.07% | 7100-000 | | 2,157.91 | 0.00 |

Page Subtotals         0.00         5,893.90

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 14)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-07286 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | MAGNUSSEN, JEFFREY R | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6628  Checking Account - ECB TR |
| Taxpayer ID No: | *******6049 | | |
| For Period Ending: | 09/24/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 11,444.58 | 11,444.58 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 11,444.58 | 11,444.58 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 1,501.07 | |
| | | | Net | | 11,444.58 | 9,943.51 | |

Page Subtotals        0.00        0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2  
Page: 4  
Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-07286 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | MAGNUSSEN, JEFFREY R | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******2105 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6049 | | |
| For Period Ending: | 09/24/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/26/14 | 21 | Square Two Financial Corporation | Garnished wages | 1280-000 | 1,501.07 | | 1,501.07 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,491.07 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,481.07 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,471.07 |
| 10/16/14 | | JEFFREY R MAGNUSSEN 808 ELM STREET HAMPSHIRE, IL 60140 | Settlements per orders 10/3/14 | | 10,000.00 | | 11,471.07 |
| | 20 | | Memo Amount: 8,000.00 Settlement of Adversary 14A347 | 1241-000 | | | |
| | 6 | | Memo Amount: 938.20 non-exempt proceeds GE | 1129-000 | | | |
| | 12 | | Memo Amount: 640.20 nonexempt proceeds Disney | 1129-000 | | | |
| | 13 | | Memo Amount: 53.80 nonexempt proceeds Kraft | 1129-000 | | | |
| | 14 | | Memo Amount: 135.00 nonexempt proceeds Mondolez Intl | 1129-000 | | | |
| | 15 | | Memo Amount: 232.80 nonexempt proceeds Walgreens | 1129-000 | | | |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,461.07 |
| 12/05/14 | | ASSOCIATED BANK | December 2014 Bank Fees | 2600-000 | | 16.49 | 11,444.58 |
| 12/10/14 | | Elizabeth C. Berg Successor Trustee 20 N. Clark St. #200 Chicago IL 60603 | Transfer Funds to Successor TR | 9999-000 | | 11,444.58 | 0.00 |

Page Subtotals  11,501.07  11,501.07

Ver: 18.05

LFORM24  
**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-07286 -DRC | Trustee Name: | Elizabeth C. Berg, Succ. Trustee |
|---|---|---|---|
| Case Name: | MAGNUSSEN, JEFFREY R | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******2105 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6049 | | |
| For Period Ending: | 09/24/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 10,000.00 | COLUMN TOTALS | 11,501.07 | 11,501.07 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 11,501.07 | 11,501.07 | |
| Memo Allocation Net: | 10,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 11,501.07 | 11,501.07 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 10,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - ECB TR - ********6628 | 11,444.58 | 9,943.51 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********2105 | 11,501.07 | 11,501.07 | 0.00 |
| Total Memo Allocation Net: | 10,000.00 | | ------------------- | ------------------- | ------------------- |
| | | | 22,945.65 | 21,444.58 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*